PROB 12A
DMT Rev 8-18

# UNITED STATES DISTRICT COURT
# FOR
# DISTRICT OF MONTANA
## Report on Offender Under Supervision

**Name of Offender:** Oscar McGraw                **Docket Number:** 0977 9:21CR00061-001

**Name of Sentencing Judicial Officer:** THE HONORABLE LARRY J. MCKINNEY
**Reassigned to District of Montana** THE HONORABLE DANA L. CHRISTENSEN
**Judicial Officer 12/14/2021:**

**Date of Original Sentence:** 09/04/2003

**Original Offense:** 21:841A=CD.F; CONTROLLED SUBSTANCE - SELL - DISTRIBUTE - OR DISPENSE, 21: 846=CD.F; CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

**Original Sentence:** 6140 Days custody,

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** 05/09/2019

## NON-COMPLIANCE SUMMARY

### Background

On 09/04/2003, the defendant appeared for sentencing before THE HONORABLE LARRY J. MCKINNEY, UNITED STATES DISTRICT JUDGE, having been found guilty by jury trial of the offenses of 21:841A=CD.F; CONTROLLED SUBSTANCE - SELL - DISTRIBUTE - OR DISPENSE, 21:846=CD.F; CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE. The offense involved the defendant orchestrating a scheme to obtain and distribute a large amount of methamphetamine. The defendant, acting as an organizer for the Diablo Motorcycle Gang, was held responsible for distributing 640 pounds of methamphetamine during the course of the conspiracy. The defendant was sentenced to life in custody, followed by 10 years of supervised release. On May 9, 2019, the defendant was granted a Compassionate Release and his sentence was commuted. The defendant was released, and he was resentenced to a term of life on supervised release. The defendant began the current term of supervised release on 05/09/2019.

Since that time, the probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard condition:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.<br><br>On November 16, 2021, the defendant reported to the U.S. Probation Office. The defendant admitted to consuming marijuana on November 13, 2021. |

Report on Offender Under Supervision
Name of Offender: Oscar McGraw
Page 2

**U.S. Probation Officer Action:**

This is the defendant's first report of violation. The defendant is an elderly man and is undergoing several different medical treatments. The defendant has been prescribed a high dose of opiate pain medications to combat his physical ailments. The defendant admitted he was attempting to use marijuana in place of his opiate medications because the opiates make him sick. The undersigned officer has spoken with the defendant about marijuana being recognized as a controlled substance by the federal government, and it is illegal to use or possess. The defendant acknowledged his restriction from using marijuana and has agreed to refrain from use.

Reviewed By: _____
Derek Hart
Supervising United States Probation Officer
Date: 12/27/2021

Respectfully Submitted By: _____
David Velasquez
United States Probation Officer
Date: 12/27/2021

## ORDER OF COURT

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Agrees with U.S. Probation Officer's recommendation

_____
Dana L Christensen
United States District Judge

1/3/2022
Date